UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLAES ENTERPRISES, INC., a California corporation,<br><br>          Plaintiff,<br><br>v.<br><br>YAKIRA, L.L.C. dba Ecko Unltd, a New Jersey limited liability company, et al.,<br><br>          Defendants. | Case No. 04-CV-1061-BEN (JMA)<br><br>**ORDER SCHEDULING TELEPHONIC CASE MANAGEMENT CONFERENCE** |

A telephonic Case Management Conference was held on October 27, 2006 at 9:30 a.m.

**IT IS HEREBY ORDERED** that a telephonic Case Management Conference shall be held on **October 30, 2006** at **3:30 p.m.** Counsel for each party shall appear telephonically at this conference. The Court will initiate the conference call.

**IT IS SO ORDERED.**

DATED: October 27, 2006

                                            Jan M. Adler
                                            U.S. Magistrate Judge