UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLAES ENTERPRISES, INC., a California corporation, | ) ) | Case No. 04-CV-1061-BEN (JMA) |

OLAES ENTERPRISES, INC., a  ) Case No. 04-CV-1061-BEN (JMA)
California corporation,      )
                            )  **ORDER DISCHARGING ORDER TO**
              Plaintiff,    )  **SHOW CAUSE**
                            )
v.                          )  [Doc. No. 49]
                            )
YAKIRA, L.L.C.  dba Ecko Unltd, )
a New Jersey limited liability  )
company, et al.,            )
                            )
              Defendants.   )
                            )

Having considered the Declaration of Elliott J. Brown in Response to Order to Show Cause, filed on October 27, 2006, the Court hereby **DISCHARGES** its order to show cause dated October 16, 2006.

DATED:  November 6, 2006

Jan M. Adler
U.S. Magistrate Judge