UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLAES ENTERPRISES, INC., a California corporation,<br><br>            Plaintiff,<br><br>v.<br><br>YAKIRA, L.L.C. dba Ecko Unltd, a New Jersey limited liability company, et al.,<br><br>            Defendants. | Case No. 04-CV-1061-BEN (JMA)<br><br>**ORDER CONTINUING SETTLEMENT DISPOSITION CONFERENCE** |

At the request of the parties, the Settlement Disposition Conference, currently scheduled to be held on December 6, 2006 at 3:30 p.m., is <u>vacated</u>. Instead, the attorneys must appear for a Settlement Disposition Conference on **December 27, 2006** at **3:30 p.m.** in the chambers of Magistrate Judge Adler unless a joint motion for dismissal is filed with the Court, and a separate proposed order for dismissal is e-mailed to the district judge's e-mail address, prior to that time.[1]  If a joint motion for

---

[1] <u>See</u> Electronic Case Filing Administrative Policies and Procedures Manual, Sections 2.f. and 2.h., for more information.

1  dismissal and proposed order thereon cannot be provided on or
2  before the date indicated above, counsel shall contact the
3  chambers of Magistrate Judge Adler <u>at least one court day before</u>
4  the date indicated above to explain the reasons therefor.
5  <u>Failure to comply with this order may be cause for the imposition</u>
6  <u>of monetary sanctions.</u>
7     **IT IS SO ORDERED.**
8  DATED:  December 4, 2006

                                              Jan M. Adler
                                              U.S. Magistrate Judge