```
                                          FILED
                                       2007 APR 11  PM 12:29

                                       CLERK US DISTRICT COURT
                                     SOUTHERN DISTRICT OF CALIFORNIA

                                     BY      RM            DEPUTY
```

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLAES ENTERPRISES, INC., ,<br><br>                               Plaintiff,<br>vs.<br>YAKIRA, L.L.C., et al.,<br><br>                               Defendants. | CASE NO. 04CV1061-BEN (JMA)<br><br>**ORDER RE: STIPULATED DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

Pursuant to a settlement agreement, the Court received the parties' stipulated dismissal of entire action with prejudice for all defendants. Accordingly, the Court orders as follows:

All defendants are dismissed with prejudice from this action.

**IT IS SO ORDERED.**

DATED: 4/11/07

_____
ROGER T. BENITEZ
United States District Judge